## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Pointer, Sandra D            §    Case No. 06 B 10819
                                      §
         Debtor                       §
                                      §

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 08/31/2006.

   2)   The plan was confirmed on 10/23/2006.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

   5)   The case was converted on 11/11/2009.

   6)   Number of months from filing or conversion to last payment: 39.

   7)   Number of months case was pending: 42.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $11,118.55.

   10)  Amount of unsecured claims discharged without full payment: $0.

   11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,410.73 |
| Less amount refunded to debtor | $1,194.68 |
| **NET RECEIPTS:** | **$18,216.05** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,103.10 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,853.10** |

Attorney fees paid and disclosed by debtor    $1,250.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $1,201.00 | $1,203.49 | $1,203.49 | $1,203.49 | $0 |
| Illinois Title Loans | Secured | $800.00 | $800.00 | $800.00 | $800.00 | $0 |
| Midwest Title | Secured | $0 | $854.99 | $854.99 | $0 | $0 |
| Rent Way | Secured | $2,000.00 | NA | NA | $0 | $0 |
| American Legion | Unsecured | $600.00 | NA | NA | $0 | $0 |
| American Legion | Unsecured | $600.00 | NA | NA | $0 | $0 |
| AMG Physician Services | Unsecured | $884.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $5,000.00 | $5,148.72 | $5,148.72 | $2,995.50 | $0 |
| AT&T | Unsecured | $5,000.00 | NA | NA | $0 | $0 |
| B-Real LLC | Unsecured | $560.00 | $560.00 | $560.00 | $325.83 | $0 |
| Black Expressions | Unsecured | $129.00 | NA | NA | $0 | $0 |
| Blue Island Dept of Police | Unsecured | $505.00 | NA | NA | $0 | $0 |
| Blue Island Fire Dept | Unsecured | $258.00 | NA | NA | $0 | $0 |
| Cash Advance | Unsecured | $510.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $579.00 | $545.78 | $545.78 | $317.53 | $0 |
| Cavalry Portfolio Services | Unsecured | $0 | NA | NA | $0 | $0 |
| CBE | Unsecured | $375.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Certified Recovery | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Chesapeake Landing | Unsecured | $782.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,054.00 | $1,400.00 | $1,400.00 | $814.52 | $0 |
| Commonwealth Edison | Unsecured | $6,109.00 | $6,219.42 | $6,219.42 | $3,618.60 | $0 |
| CPSI Security | Unsecured | $232.00 | NA | NA | $0 | $0 |
| Credit Bureau Accts Collections & Se | Unsecured | $342.00 | NA | NA | $0 | $0 |
| Currency Exchange | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Dental Collection Firm Inc | Unsecured | $71.00 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $5,000.00 | NA | NA | $0 | $0 |
| Evergreen Med | Unsecured | $218.00 | NA | NA | $0 | $0 |
| FedEx Office | Unsecured | $515.00 | NA | NA | $0 | $0 |
| Fortune Book Club | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Galway Financial Service | Unsecured | NA | $725.00 | $725.00 | $421.83 | $0 |
| Heart Care Centers Of Illinois | Unsecured | NA | $355.00 | $355.00 | $196.19 | $0 |
| HFN | Unsecured | $1,229.00 | NA | NA | $0 | $0 |
| Hoevel & Associates P C | Unsecured | $0 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $275.00 | NA | NA | $0 | $0 |
| Illinois Title Loans | Unsecured | NA | $158.40 | $158.40 | $87.54 | $0 |
| Imaging Radiologists | Unsecured | $702.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $510.00 | NA | NA | $0 | $0 |
| Jefferson Capital | Unsecured | $1,181.00 | $1,152.34 | $1,152.34 | $670.39 | $0 |
| Kinecta Federal Credit Union | Unsecured | $478.00 | NA | NA | $0 | $0 |
| Lang | Unsecured | $510.00 | NA | NA | $0 | $0 |
| Leading Edge Recovery Solutions | Unsecured | $1,076.91 | NA | NA | $0 | $0 |
| Macneal Hospital | Unsecured | NA | $1,593.33 | $1,593.33 | $927.02 | $0 |
| Medical Collections | Unsecured | $210.00 | NA | NA | $0 | $0 |
| Metropolitan Advanced Radiology | Unsecured | $1,835.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $356.00 | $422.13 | $422.13 | $233.31 | $0 |
| National Car Rental | Unsecured | $493.00 | NA | NA | $0 | $0 |
| National Quick Cash | Unsecured | $159.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $139.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $375.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $108.00 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $722.00 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $560.00 | NA | NA | $0 | $0 |
| Paragon Way Inc | Unsecured | NA | $725.00 | $725.00 | $0 | $0 |
| Paragon Way Inc | Unsecured | NA | $158.75 | $158.75 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Park Dansan | Unsecured | $312.00 | NA | NA | $0 | $0 |
| Pay Day Loan Direct | Unsecured | $484.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $276.00 | NA | NA | $0 | $0 |
| Premium Asset Recovery Corp | Unsecured | $443.00 | $663.30 | $663.30 | $385.90 | $0 |
| Premium Asset Recovery Corp | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Professional Recovery Service | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Rent Way | Unsecured | $1,600.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $342.67 | $342.67 | $189.38 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $158.75 | $158.75 | $92.36 | $0 |
| Rx Acquisitions | Unsecured | $82.20 | $651.61 | $651.61 | $379.13 | $0 |
| Rx Acquisitions | Unsecured | NA | $12.00 | $12.00 | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $17.80 | $17.80 | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $51.25 | $51.25 | $15.29 | $0 |
| Rx Acquisitions | Unsecured | NA | $12.40 | $12.40 | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $144.62 | $144.62 | $84.14 | $0 |
| Rx Acquisitions | Unsecured | $0 | $12.00 | $12.00 | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $60.00 | $60.00 | $30.31 | $0 |
| Rx Acquisitions | Unsecured | NA | $59.25 | $59.25 | $31.03 | $0 |
| Rx Acquisitions | Unsecured | NA | $10.00 | $10.00 | $0 | $0 |
| Rx Acquisitions | Unsecured | NA | $37.25 | $37.25 | $15.00 | $0 |
| Rx Acquisitions | Unsecured | NA | $525.00 | $525.00 | $305.46 | $0 |
| Rx Acquisitions | Unsecured | NA | $116.80 | $116.80 | $64.56 | $0 |
| Rx Acquisitions | Unsecured | NA | $110.00 | $110.00 | $64.01 | $0 |
| Sherman Acquisition | Unsecured | $422.00 | NA | NA | $0 | $0 |
| St Francis Hospital | Unsecured | $5,988.00 | NA | NA | $0 | $0 |
| STC Solutions | Unsecured | $147.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $1,114.00 | NA | NA | $0 | $0 |
| Telecom USA | Unsecured | $532.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $82.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $26.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $716.00 | $1,296.40 | $1,296.40 | $754.25 | $0 |
| Vision One | Unsecured | $134.00 | NA | NA | $0 | $0 |
| Watermark Phys. | Unsecured | NA | $585.00 | $585.00 | $340.38 | $0 |
| West Asset Management | Unsecured | $632.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $800.00 | $800.00 | $0 |
| All Other Secured | $854.99 | $0 | $0 |
| **TOTAL SECURED:** | $1,654.99 | $800.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,203.49 | $1,203.49 | $0 |
| **TOTAL PRIORITY:** | $1,203.49 | $1,203.49 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $24,029.97 | $13,359.46 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,853.10 |
| Disbursements to Creditors | $15,362.95 |
| **TOTAL DISBURSEMENTS:** | $18,216.05 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 10, 2010     By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)